202

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

Charles F. SHEPHERD,
Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7170.

United States Court of Appeals,
Federal Circuit.

July 27, 2004.

Kyle E. Chadwick, Principal Attorney, David M. Cohen, Franklin E. White, Jr., Of Counsel, Washington, DC, for Respondent–Appellee.

Lisa A. Lee, Principal Attorney, Law Offices, Ponte Vedra Bea, FL, for Claimant–Appellant.

Nelson C. ASHCRAFT, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7104.

United States Court of Appeals,
Federal Circuit.

July 27, 2004.

Kyle E. Chadwick, Principal Attorney, Jeanne E. Davidson, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellee.

Jeffrey Wood, Principal Attorney, York, PA, for Claimant–Appellant.

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT: